UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN WARNOCK and
HILARY WARNOCK,

    Plaintiffs,

v.                                                     Case No: 8:23-cv-914-CEH-LSG

MORTGAGE RESEARCH CENTER L.L.C.
d/b/a VETERANS UNITED HOME LOANS
and NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER,

    Defendants.
_____

**ORDER**

    This matter is before the Court upon review of the file. Pursuant to Mediator Joseph J. Huss's Mediation Disposition Report (Doc. 64), advising the Court that an agreement was reached between all parties, the Court entered an Order on August 27, 2025, dismissing this action without prejudice and providing the parties an opportunity to submit, within sixty days, a stipulation or final judgment for dismissal with prejudice (Doc. 65). The Court advised that after that 60-day period, the dismissal would be with prejudice. More than sixty days have passed, and the parties have not submitted a valid stipulation or final judgment, nor have they requested additional time to do so. Therefore, this matter will be dismissed with prejudice.

    Accordingly, it is now **ORDERED**:

    1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 28, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to: Counsel of Record; Unrepresented Parties